*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

## Minutes of Proceeding/Minute Order

| Date: March 21, 2023 | **Honorable Thomas B. McNamara, Presiding** |
|---|---|
| | Anne E. R. Tunnell, Law Clerk |

| In re: | CHRISTOPHER P. BOYD, | **Case. No. 22-12455 TBM** |
|---|---|---|
| | Debtor. | Chapter 13 |

HEMP RECOVERY COMPANY,

Plaintiff,                                                                **Adversary Proceeding**
                                                                                  **No. 22-1258 TBM**
v.

CHRISTOPHER P. BOYD,

Defendant.

| | Appearances | | Representing |
|---|---|---|---|
| **Plaintiff** | Hemp Recovery Company, LLC | Counsel | Michael Lamb |
| **Defendant** | Christopher P. Boyd | Counsel | Stephen Berken |

Proceedings: Pre-Trial Scheduling Conference on Complaint (Docket No. 1, the "Complaint") filed by Hemp Recovery Company (the "Plaintiff") and the Answer (Docket No. 12, the "Answer") filed by Christopher P. Boyd (the "Defendant").

☒ Counsel for each party entered their appearances on the record by telephone and gave the Court an overview of the case, claims and defenses.

☒ Counsel for both the Plaintiff and the Defendant agreed that the State Court Judgment which entered on February 11, 2020 in Case No. 19CV30498 in the District Court for the City and County of Denver, Colorado (the "State Court" and the "State Court Judgment") which was affirmed on appeal in Case No. 2020CA451 by the Colorado Court of Appeals is a final order.

☒ Counsel for both parties indicated that discovery was completed primarily during the State Court proceedings and little discovery would be needed in this case. The parties requested a short time to complete any such discovery.

☒ The Court cautions the Parties that if either intends to file a dispositive motion, that Party SHALL do so earlier in the case rather than later. If such a Motion is filed at or near the dispositive motion deadline, the Court may be unable to consider it in advance of the trial. If that were to occur, the Court would use such submissions as trial briefs.

☒ The Parties confirmed their consent to this Court's jurisdiction to hear and determine this matter.

<u>Orders:</u>

☒ Pretrial deadlines and trial date scheduled on the record. A formal Scheduling Order will enter.  The dates selected for a two-day trial were August 21, 2023, commencing at 9:00 a.m., and continuing, if necessary, to 9:00 a.m. August 22, 2023.

☒ The Court admonished the parties to observe and comply with the disclosure deadlines to be set in the separate scheduling order.  A party's failure to disclose witnesses timely or to disclose and exchange exhibits timely may result in that party being prohibited from calling the undisclosed witness at trial or introducing the undisclosed exhibits at trial.

☒ The Court encouraged the parties to coordinate to achieve a possible resolution and instructed Counsel for the parties on the purpose of Fed. R. Civ. P. 16 and Fed. R. Bankr. P. 7016 and the goals of prompt and efficient resolution of disputes.

---

Date: March 21, 2023

IT IS SO ORDERED:

*[signature]*

Honorable Thomas B. McNamara,
United States Bankruptcy Judge

FOR THE COURT:
*Kenneth S. Gardner, Clerk of Bankruptcy Court*

By: *[signature]*

Anne E. R. Tunnell, Law Clerk