# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| CHRISTOPHER P. BOYD, ) | |
| ) | Case No. 22-12455-TBM |
| Debtor. ) | Chapter 13 |
| ) | |
| ─────────────────────────── ) | |
| ) | |
| HEMP RECOVERY COMPANY, LLC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary No. 22-1258-TBM |
| ) | |
| CHRISTOPHER P. BOYD. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF HEMP RECOVERY COMPANY, LLC INITIAL DISCLOSURES PURSUANT TO FED.R.BANKR.P. 7026**

Hemp Recovery, LLC ("Plaintiff") through counsel, Buechler Law Office, LLC, hereby submits his Initial Disclosures Pursuant to Fed.R.Bankr.P. 7026 and Fed.R.Civ.P. 26(a)(1), and states as follows:

**A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information, along with the subjects of that information that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;**

1. Adam Desmond, c/o Buechler Law Office, LLC, 999 18th Street, Suite 1230-S, Denver, CO 80202, Tel: (720)-381-0445. Mr. Desmond is the principal of Hemp Recovery, LLC and has information regarding all claims asserted in Plaintiff's Complaint.

2. Cristopher P. Boyd ("Mr. C. Boyd"), c/o Berken Cloyes, P.C., 1159 Delaware Street, Denver, CO 80204, Tel: (303)-623-4357. Mr. C. Boyd may have discoverable information regarding all claims and defenses asserted in Plaintiff's Complaint.

3. Thomas Alan Boyd ("Mr. T. Boyd"). Mr. T. Boyd was a defendant in the state court litigation captioned as *Hemp Recovery, LLC v. Thomas Alan Boyd, et al.*, Denver District Court Case No. 2019CV30498. Mr. T. Boyd may have discoverable information about all claims and defenses asserted in this case.

4. Konstantinos "Gus" Antoniou, Chicago, IL, (312) 799-1819. Mr. Antoniou may have discoverable information about Alan Boyd's schemes, misrepresentations, and omissions.

5. Brett Boyd ("Mr. B. Boyd"), 771 Orchard Dr., Louisville, CO 80027. Mr. B. Boyd is a relative of Alan Boyd and Chris Boyd. He may have discoverable information about all claims and defenses asserted in this case.

6. Andrew J. Defries, PhD, 782 Richmond Terrance Unit #1, Staten Island, New York 10301, (415 741-4291. Dr. Defries is a botanist with expertise in cannabis who may have discoverable information about all claims and defenses asserted in this case.

7. Mike Branvold, 1001 S. Galapago St, Suite B, Denver, CO 80223, (720) 460-3489. Mr. Branvold is an employee of Bontanacor Services who may have discoverable information about all claims and defenses in this case.

8. Julia Desmond, c/o Buechler Law Office. Ms. Desmond is Adam Desmond's wife. She may have discoverable information about all claims and defenses asserted in this case.

9. John Dorsey, address and telephone unknown. Mr. Dorsey may have discoverable information about Sling Logistics, TranStar, the factoring agreements, and the hemp extraction facility in Colorado Springs.

10. Nathan Hancock, address and telephone unknown. Mr. Hancock is a hemp extractor who worked with Chris Boyd, who may have discoverable information about the processing of NRF's hemp.

11. John Hill, address and telephone unknown. Mr. Hill may have discoverable information about Sling Logistics, TranStar, the factoring agreements, and a hemp extraction facility in Colorado Springs.

12. Roger Householder, Chicago, IL, (312) 318-0842. Mr. Householder is an investor in the factoring agreements promoted by Alan Boyd who previously served time with Alan Boyd in federal prison, settled with Alan Boyd after demands, and may have discoverable information about the factoring agreements and Alan Boyd's misrepresentation and omissions.

13. Bret Killinger, 1126 25th Ave. North, St. Petersburg, FL 33704, (719) 440-4355. Mr. Killinger is an investor in the factoring agreements promoted by Alan Boyd,

who previously served time with Alan Boyd in federal prison, settled with Alan Boyd after demands, and may have discoverable information about the factoring agreements and Alan Boyd's misrepresentations and omissions.

14. Tom McCann, Electronic Payment Systems, LLC, 6472 W. Quebec St., Englewood, CO 8011. Mr. McCann, is a business associate of Alan Boyd's who may have discoverable information about Alan Boyd's financial transactions and hemp extraction facility in Colorado Springs.

15. Bradley Menard, 16374 10th Street, Mead, CO 80542. Mr. Menard may have discoverable information about the disposition of NRF's hemp and his relationship with Alan Boyd and Chris Boyd.

16. Nang Noy, address and telephone unknown. Ms. Noy is Chris Boyd's wife, who may have discoverable information about Alan Boyd and Chris Boyd.

17. Jessica Ruyba, owner, Premier Elevations, (720) 757-0575. Ms. Ruyba was a business associate of Alan Boyd with Chris Boyd, who may have had information about hemp extraction and Foothills Ventures.

18. Matthew Taylor, c/o FCI-Englewood, is a member and/or manager of Sling Logistics, LLC. Mr. Taylor may have discoverable information about the use and disposition of of NRF's hemp, the use and disposition of the proceeds of the factoring agreements promoted by Alan Boyd, Alan Boyd's involvement with Sling Logistics and TranStar Financial, and Alan Boyd's misrepresentations and omissions.

19. Curt Thompson, 2525 Villiage Dr., Steamboat Springs, CO 80487, (312) 560-2675. Mr. Thomspon is a business associate of Adam Desmond who may have discoverable information about Alan Boyd and Chris Boyd's extraction business, Matt Taylor, Sling Logistics, and the factoring agreements promoted by Alan Boyd.

20. Mua Vue, 1001 S. Galapago St., Suite B, Denver, CO 80223, (720) 460-3489. Mr. Vue is an employee of Botanacor Services who may have discoverable information about hemp flower tested for NRF.

21. Calvin Reeves, address and telephone unknown. Mr. Reyes is an employee or associate of Alan Boyd and/or Chris Boyd who may have information about hemp shipped from NRF to Foothills Ventures.

22. Unknown representative of Key Bank may have discoverable information about the receipt of factoring monies.

23. Unknown representative of Wells Fargo may have discoverable information about the receipt of factoring monies.

24. Any Person identified by the Plaintiff.

25. Any Person identified or made known through the course of discovery.

B. **A copy or a description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. All pleadings, documents, hearing exhibits, disclosures, and other pleadings identified or otherwise disclosed in the state court litigation captioned as *Hemp Recovery, LLC v. Thomas Alan Boyd, et al.*, Denver District Court Case No. 2019CV30498.

2. All pleadings and documents identified or otherwise disclosed in Colorado Court of Appeals Case captioned as *Hemp Recovery Company, LLC v. Thomas Alan Boyd, et al.*, Case No. 20-CA-451.

3. Any documents identified by Defendant

4. Any documents identified or obtained through the course of discovery.

C. **A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

1. Damages in an amount not less than $338,306.85.

2. Atttorneys' fees, costs, and interest as authorized by contract or law.

3. That Plaintiff's claims against the Debtor be excepted from the Debtor's discharge under the provisions of 11 U.S.C. §523(a)(2)(A).

D. **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Hemp Recovery, LLC does not know of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment at this time.

Dated: March 22, 2023.                                Respectfully submitted,
                                                                            Buechler Law Office, L.L.C.

                                                                            /s/ *Michael C. Lamb*
                                                                            K. Jamie Buecher, #30906
                                                                            Michael C. Lamb, #33295
                                                                            999 18th Street, Suite 1230-S
                                                                            Denver, CO 80202
                                                                            Ph: (720) 381-0045
                                                                            Fax: (720) 381-0382
                                                                            Jamie@kjblawoffice.com
                                                                            mcl@kjblawoffice.com

## CERTIFICATE OF SERVICE

I certify that on March 22, 2023, a copy of the **PLAINTIFF HEMP RECOVERY COMPANY, LLC INITIAL DISCLOSURES PURSUANT TO FED.R.BANKR.P. 7026,** on the following parties with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**Via CM/ECF:**

Sean Cloyes

/s/ *Gabriel Quintero*
For Buechler Law Office, LLC