UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | |
| CHRISTOPHER P. BOYD, ) | |
| ) | Case No. 22-12455-TBM |
| Debtor. ) | Chapter 13 |
| ) | |
| _____ ) | |
| ) | |
| HEMP RECOVERY COMPANY, LLC, ) | Adv. Proc. No. 22-01258-TBM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER P. BOYD. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT**

THIS MATTER is before the Court on Plaintiff's "Unopposed Motion to Extend Deadline to File Reply to Motion for Summary Judgment" (Docket No. 25, the "Motion"). The Court has reviewed the Motion, including the representation in the Motion that Plaintiff's counsel conferred with Defendant's counsel who does not object to the extension of time requested, and the record in this case.

ORDER that the Motion is granted. The Court further

ORDERS that Plaintiff shall have up to and including **June 16, 2023** to file its Reply to the Motion for Summary Judgment.

DATED this 24th day of May, 2023.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
U.S. BANKRUPTCY JUDGE