# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>CHRISTOPHER PATRICK BOYD,<br>Debtor. | Bankruptcy Case No. 22-12455 TBM<br>Chapter 13 |
| HEMP RECOVERY COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATRICK BOYD,<br><br>Defendant. | Adv. Pro. No. 22-1258 TBM |

## JUDGMENT

Pursuant to and in accordance with the "Order on Plaintiff's Motion for Summary Judgment" (Docket No. 28, the "Order") entered by the Honorable Thomas B. McNamara, Bankruptcy Judge, on the docket in the above-entitled matter on even date herewith, it is hereby

ORDERED that the Motion for Summary Judgment (Docket No. 23) filed by Plaintiff, Hemp Recovery Company, LLC (the "Plaintiff") is GRANTED;

FURTHER ORDERED that this judgment is entered in favor of the Plaintiff and against the Debtor and Defendant, Christopher Patrick Boyd; and

FURTHER ADJUDGED and DECLARED that the Judgment entered by the District Court, Denver County, Colorado in the case of *Hemp Recovery Company, LLC v. Boyd*, Case No. 2019 CV 30498 on February 11, 2020, and affirmed by the Colorado Court of Appeals on September 9, 2021, in Case No. 2020 CA 451 is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

Dated this 10th day of July, 2023.

APPROVED AS TO FORM:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge

FOR THE COURT:

*Anne E. R. Turrell*
Deputy Clerk