# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

### Hon. Thomas McNamara

_____

| | |
|---|---|
| **IN RE:** | **Case No. 22-12455 TBM** |
| **CHRISTOPHER PATRICK BOYD** | |
| Debtor | **Chapter 13** |
| | |
| **HEMP RECOVERY COMPANY, LLC** | |
| Plaintiff | |
| v. | **Adv Case No. 22-01258 TBM** |
| **CHRISTOPHER PATRICK BOYD** | |
| Defendant | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

_____

    **NOTICE IS HEREBY GIVEN** that the Defendant/Appellant, Christopher Boyd, by and through his attorney, Stephen E. Berken, Esq., appeals pursuant to 28 U.S.C. §§ 158(a),(c), 158(d)(2)(A) and Fed. R. Bankr. P. 8006, to the United States District Court, from the Order Granting Plaintiff's Motion For Summary Judgment Against Defendant and finding that the debt owed to Plaintiff is non-dischargeable under § 523(a)(2)(A), entered on July 10, 2023 at Docket No. 29 within the adversary proceeding.

    **FURTHER NOTICE IS HERBY GIVEN** that Appellant elects to have the U.S. District Court hear the appeal instead of the Bankruptcy Appellate Panel, pursuant to 28 U.S.C. § 158(c)(1)

    .

      The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant:**
Christopher Boyd
1545 Skimmer Street
Berthoud, CO  80513

Stephen Berken
1159 Delaware Street
Denver CO 80204


**Appellee:**
Hemp Recovery Company
41545 Cottonwood Creek Rd
Crawford, CO 81415

Michael Lamb
999 18th Street, Suite 1230-S
Denver, CO 80202


RESPECTFULLY SUBMITTED this 24th day of July 2023

                */s/ Stephen E. Berken*
                Stephen E. Berken #14926
                BERKEN CLOYES P.C.
                1159 Delaware Street
                Denver CO 80204
                (303) 623-4357 Phone
                (720) 554-7853 Fax
                stephenberkenlaw@gmail.com

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that on this 24th day of July, 2023, a true and correct copy of the foregoing **NOTICE OF APPEAL AND STATEMENT OF ELECTION** was placed in the United States mail, postage prepaid, or via the court's electronic filing system/ecf, addressed to the following:

United States Trustee's Office
Byron G. Rodgers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO 80294

Chapter 13 Trustee Adam M. Goodman
PO Box 1169
Denver, CO 80201

Christopher Boyd
1545 Skimmer Street
Berthoud, CO  80513

Hemp Recovery Company
41545 Cottonwood Creek Rd
Crawford, CO 81415

Michael Lamb
999 18th Street, Suite 1230-S
Denver, CO 80202

/s/ Stephen E. Berken