UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>CHRISTOPHER PATRICK BOYD,<br><br>Debtor | Bankruptcy Case No. 22-12455-TBM<br>Chapter 13 |
| HEMP RECOVERY COMPANY, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER PATRICK BOYD,<br><br>Defendant | Adversary Case No. 22-01258-TBM |
| CHRISTOPHER PATRICK BOYD,<br><br>Appellant<br><br>v.<br><br>HEMP RECOVERY COMPANY, LLC,<br><br>Appellee | |

**COURT'S NOTICE OF TRANSMITTAL OF APPEAL PURSUANT TO RULE 8003(d)**

     A Notice of Appeal and Statement of Election was filed July 24, 2023 by attorney Stephen E. Berken on behalf of Christopher Patrick Boyd. The Appellant appeals the Order at Docket #28, entered July 10.  Please note the following:

  1.  The fee has been paid in full.

  2.  Pursuant to F.R.B.P. 8003(c), the following parties have been served via Notification of Electronic Filing in CM/ECF:

      United States Trustee
      Counsel for Appellee – Michael Lamb

  3.  The preliminary record on appeal is transmitted to the US District Court with this notice

and contains the following items:

    Docket Sheet
    Notice of Appeal and Statement of Election
    Order at Docket #28
    Judgement at Docket #29

    Pursuant to F.R.B.P. 8009, the Appellant must file with the Bankruptcy Court and serve on the Appellee(s) a Designation of Record and Statement of Issues within 14 days after the notice of appeal becomes effective under F.R.B.P. 8002, or an order granting leave to appeal is entered by the appellate court.  The Appellee(s) may file an additional designation within fourteen days of service of the Appellant's designation.

    Dated: July 25, 2023

    Kenneth S. Gardner, Clerk of Court
    By: J. Castleberry, 720-904-7450

**A copy of this notice has been transmitted electronically to the US District Court.**