**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>CHRISTOPER PATICK BOYD,<br>Debtor | Bankruptcy Case No. 22-12455 TBM<br>Chapter 13 |
| HEMP RECOVERY COMPANY, LLC,<br>Plaintiff<br><br>v.<br><br>CHRISTOPER PATICK BOYD,<br>Defendant | Adversary Case No. 22-1258 TBM |
| CHRISTOPER PATICK BOYD,<br><br>Appellant<br><br>v.<br><br>HEMP RECOVERY COMPANY, LLC,<br>Appellee | U.S. District Court<br>Case No. 23-cv-01888 REB |

**NOTICE REGARDING RECORD ON APPEAL**

Pursuant to F.R.B.P. 8009 and 8010, please note the following:

A Notice of Appeal and Statement of Election was filed July 24, 2023 by attorney Stephen E. Berken on behalf of Christopher Patrick Boyd appellant, in the captioned case and assigned District Court case number 23-cv-01888 REB.

As of the date of this notice, no additional documents have been filed related to this appeal and a record on appeal has not been designated by the Appellant.

DATED: September 11, 2023

Kenneth S. Gardner, Clerk of Court
By: R. Roberts 720-904-7450

**A copy of this notice has been transmitted electronically to US District Court.**