UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
Judge Thomas B. McNamara

Civil Action No.: 23-cv-01888 REB
(Appeal from Bankruptcy Case No.: 22 – 012455 – TBM; Adv. Proc. 22 – 01258 –TBM)

IN RE:

CHRISTOPHER PATRICK BOYD,

    Debtor.

---

HEMP RECOVERY COMPANY, LLC,

    Plaintiff/Appellee,

v.

CHRISTOHER PATRICK BOYD,

    Defendant/Appellant.

---

### APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT
_____

Christopher Patrick Boyd ("Appellant"), through his undersigned counsel, pursuant to Fed.R.Bankr.P. 8006, hereby designates the items to be included in the record and states the issues to be presented on appeal from the Order as entered by the United States Bankruptcy Court for the District of Colorado in favor of Hemp Recovery Company, LLC (hereinafter "Appellee") on July 10, 2023, and states as follows:

## DESIGNATION OF RECORD

| **Brief Description of the Document or Record** | **Docket No.** | **Date Filed** |
|---|---|---|
| BANKRUPTCY PROCEEDING: Christopher Patrick Boyd, Bankruptcy Case No.: 22-12455 TBM | | |
| Chapter 7 Voluntary Petition | 1 | 07/08/2022 |
| BANKRUPTCY ADVERSARY PROCEEDING: *In re Boyd*, Adv. Case No. 22-01258 TBM | | |
| Complaint | 1 | 10/24/2022 |
| Answer to Complaint | 12 | 01/11/2023 |
| FRCP 26(a) Disclosure by Appellee | 21 | 03/22/2023 |
| FRCP 26(a) Disclosure by Appellant | 22 | 03/23/2023 |
| Motion for Summary Judgment filed by Appellee | 23 | 05/09/2023 |
| Response filed by Appellant | 24 | 05/23/2023 |
| Motion to Extend Time to File Reply | 25 | 05/24/2023 |
| Order Granting Motion to Extend Deadline to File Reply | 26 | 05/24/2023 |
| Reply filed by Appellee | 27 | 06/16/2023 |
| Order Granting Motion for Summary Judgment | 28 | 07/10/2023 |
| Judgment for Plaintiff | 29 | 07/10/2023 |
| Written Opinion | 30 | 07/10/2023 |
| Notice of Appeal | 31 | 07/24/2023 |

## STATEMENT OF ISSUES

1. Whether the bankruptcy court erred in its application of collateral estoppel, and in particular, whether the issue before the bankruptcy court was identical to an issue actually litigated and adjudicated in the prior proceeding?

2. Whether Appellee established all elements of fraud?

3. Whether the use of verbal statements regarding financial condition of the Appellant, relied upon in the state court, were admissible evidence in the bankruptcy court's finding that collateral estoppel applies in the Appellee's motion for summary judgment?

4. Whether the bankruptcy court erred in its interpretation of the proper party-in-interest?

5. Whether the failure to assert champerty in the state court proceeding precluded its assertion in the bankruptcy adversary case?

DATED this 13th day of September 2023.

                                                Respectfully submitted,

                                             /s/ *Stephen E. Berken*
Stephen E. Berken, Atty. Reg. No. 14926
Berken Cloyes
1159 Delaware Street
Denver, Colorado 80204
Tel: (303) 623-4357
Fax: (720) 554-7853
E-mail: stephenberkenlaw@gmail.com
*Attorney for Appellant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 13th day of September 2023, I served by CM/ECF, prepaid first class mail, and/or other acceptable means (i.e. via hand delivery), a copy of the foregoing **APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT** on all parties against whom relief is sought, and those otherwise entitled to service, pursuant to FED.R.BANKR.P. and these L.B.R., at the following addresses:

United States Trustee's Office
Byron G. Rodgers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO 80294

Chapter 13 Trustee
Adam M. Goodman
PO Box 1169
Denver, CO 80201

Christopher Boyd
1545 Skimmer Street
Berthoud, CO  80513

Hemp Recovery Company
41545 Cottonwood Creek Rd
Crawford, CO 81415

Michael Lamb
999 18th Street, Suite 1230-S
Denver, CO 80202

*/s/ Stephen E. Berken*