**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>CHRISTOPHER PATRICK BOYD,<br>Debtor, | Bankruptcy Case No. 22-12455 TBM<br>Chapter 13 |
| HEMP RECOVERY COMPANY, LLC,<br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATRICK BOYD,<br>Defendant, | Adversary Case No. 22-1258 TBM |
| CHRISTOPHER PATRICK BOYD,<br>Appellant,<br><br>v.<br><br>HEMP RECOVERY COMPANY, LLC,<br>Appellee. | U.S. District Court<br>Case No. 23-cv-1888 REB |

**SECOND NOTICE REGARDING RECORD ON APPEAL**

A Notice of Appeal and Statement of Election was filed July 24, 2023, by attorney Stephen E. Berken on behalf of Christopher Patrick Boyd, and assigned District Court case number 23-cv-1888 REB. Pursuant to F.R.B.P. 8009 and 8010, please note the following:

☒ A notice regarding the parties' failure to designate a record was issued on September 26, 2023.

☒ The parties subsequently designated a Record on Appeal. Attached please find:

> Volume I - Docket sheet and designated pleadings from bankruptcy case 22-12455 TB and adversary case 22-1258 TBM.

**A copy of this notice and the Record on Appeal has been transmitted electronically to US District Court.**

DATED: October 2, 2023                    Kenneth S. Gardner, Clerk of Court
                                          By: M. Reynolds, 720-904-7450